JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SAGER, | Case No. SA CV 12-1015 FMO (MLGx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| USAA CASUALTY INSURANCE CO., | |
| Defendant. | |

Pursuant to the Court's Minute Order Re: Pending Motion, IT IS ADJUDGED that the above-captioned action is **dismissed with prejudice**.

Dated this 31st day of March, 2014.

/s/
Fernando M. Olguin
United States District Judge